UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SUTTON,<br>Petitioner,<br>v.<br>UNITED STATES OF AMERICA,<br>Respondent. | NO. CV 09-1111-DOC (AGR)<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file *de novo*, including the Petition; the Magistrate Judge's Report and Recommendation ("R&R"); the Objections to the R&R filed on August 12, 2009 ("Objections"); and the records and files. Based upon the Court's *de novo* review, the Court agrees with the recommendation of the Magistrate Judge.

Petitioner's principal objection is that the Magistrate Judge failed to address the "question presented" in the Petition, namely whether 18 U.S.C. § 924(c) is "an ambiguous statute." (Objections at 1.) However, as noted in the R&R, the Court cannot address the merits of the Petition without first determining "whether a habeas petition is filed pursuant to § 2241 or § 2255 before proceeding to any other issue." *Hernandez v. Campbell*, 204 F.3d 861, 865 (9th

Cir. 2000) (per curiam); (R&R at 2-3.) As *Hernandez* explained, the district court "erred by treating the petition as one under § 2241 and *dismissing it on the merits.*" *Id.* at 866 (emphasis added). "[A] district court is [first] obligated to determine whether a petition falls under § 2241, pursuant to the savings clause, or under § 2255." *Id.* Because the R&R correctly found that Petitioner's filing was a § 2255 motion, it could not address the merits of the Petition.

Petitioner's other objections are without merit.

IT IS ORDERED that (1) the Report and Recommendation is adopted; (2) Respondent's motion to dismiss is granted; and (3) that Judgment be entered denying the Petition and dismissing this action without prejudice.

DATED: August 18, 2009

                                                              /s/ David O. Carter
                                                              DAVID O. CARTER
                                                              United States District Judge