# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ROBERT SUTTON,<br><br>   Petitioner,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>   Respondent. | No. CV 09-1111-DOC (AGR)<br><br>**JUDGMENT** |

  Pursuant to the order adopting the magistrate judge's report and recommendation,

  IT IS ADJUDGED that the petition in this matter is denied and dismissed without prejudice.

DATED: August 18, 2009

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE